155 A.3d 441

**MIKAIL**

v.

**EQUIFAX INFORMATION SERVICES**

**Pet. Docket No. 376, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

(No. 01–C–16–043625, Circuit Court for Allegany County). Petition for writ of certiorari denied

■

155 A.3d 441

**MOODY**

v.

**MD. TRANSIT ADMINISTRATION**

**Pet. Docket No. 526, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Administratively closed by the Court of Special Appeals (No. 262, Sept. Term, 2016).

Petition for writ of certiorari denied